637 A.2d 113

PACIFIC MORTGAGE AND INVESTMENT GROUP, LTD.

v.

James W. ROBERTSON, et ux.

No. 102, Sept. Term, 1993.

Court of Appeals of Maryland.

Feb. 14, 1994.

Michael P. Zell, Baltimore, for petitioner.

Dana Whitehead (Gerald R. Walsh, Gerald R. Walsh, P.A., all on brief), Baltimore, for respondent.

Argued before ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, ROBERT M. BELL and RAKER, JJ., and CHARLES E. ORTH, Jr., Judge (Retired) Specially Assigned.

ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard 332 Md. 480, 632 A.2d 446, it is this 14th day of February, 1994

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.